UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Raul Cambian,

      Plaintiff,

  -V-

Central Credit Services, Inc., et al.,

      Defendants.
-----------------------------------------------------------X

**ORDER OF DISCONTINUANCE**

07CV4457(SLT)(RML)

**Sandra L. Townes, United States District Judge:**

  IT APPEARING that it has been reported to the Court that the above captioned action has been settled,

  IT IS HEREBY ORDERED, that this action is discontinued, without cost, and without prejudice to reopening if the settlement is not consummated.

  SO ORDERED.

        _s/ SLT_
        SANDRA L. TOWNES
        UNITED STATES DISTRICT JUDGE

Dated: Brooklyn, New York
   February 29, 2008